**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:

**NORMAN ALBERT SCOTT,**  Case No. 17-13561-BKC-EPK

**Chapter 7 Proceeding**

    **Debtor.**

_____ /

## NOTICE OF ABANDONMENT

TO:   ALL CREDITORS AND INTERESTED PARTIES
       NOTICE IS HEREBY GIVEN THAT

Margaret J. Smith, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. Section 554 (a) intends to abandon her interest in the following items of real property as burdensome to the estate and they are of inconsequential value and benefit to the estate and would respectfully show as follows:

1. This case was filed as a Chapter 7 on 03/24/2017.

2. There is real property that is burdensome to the estate known as:

   - 2242 Shoma Drive, West Palm Beach, FL  33414

3. This property was evaluated by the Trustee as to the benefit for the creditors of the bankruptcy estate, and she has decided to abandon same.

WHEREFORE, the Trustee believes this real property is burdensome to the estate and should be abandoned.

> *Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.*

Date: May 3, 2017

                           /s/ MARGARET J. SMITH
                           MARGARET J. SMITH, TRUSTEE
                           1400 Centrepark Blvd., Suite 860
                           West Palm Beach, FL 33401
                           Phone: (561) 721-0312
                           E-Mail: msmith@mjstrustee.com

Copies to: All creditors and interested parties on the Court matrix.