**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In Re:

**NORMAN ALBERT SCOTT,**                          **Case No. 17-13561-BKC-EPK**

                                      Chapter 7 Proceeding

            Debtor.

_____ /

**TRUSTEE'S REPORT OF ABANDONMENT**

THE FOLLOWING ITEMS of property were abandoned by MARGARET J.

SMITH, Trustee in Bankruptcy herein, at the Section 341 Meeting of Creditors held on

June 6, 2017:

| Item Abandoned | Name of Lienholder |
|---|---|
| 10563 Galleria Street<br>West Palm Beach, FL  33414 | Black Diamond Homeowners Association<br>c/o Brough, Chadrow & Levine, P.A.<br>2149 N. Commerce Parkway<br>Fort Lauderdale, FL  33326<br><br>Deutsch Bank National Trust Company<br>c/o Lindsey A. Savastano<br>SHD Law Group, P.A.<br>PO Box 19519<br>Fort Lauderdale, FL  33318 |
| 9mm hand gun | N/A |

Date: May 3, 2017

                              /s/ MARGARET J. SMITH
                        _____
                        MARGARET J. SMITH, TRUSTEE

                        1400 Centrepark Blvd., Suite 860
                        West Palm Beach, FL 33401
                        Phone: (561) 721-0312
                        E-Mail: msmith@mjstrustee.com