

**ORDERED in the Southern District of Florida on May 5, 2017.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                          **Case No. 17-13561-EPK**

**NORMAN ALBERT SCOTT,**                              **Chapter 7**

      Debtor.

_____/

### ORDER DENYING MOTION TO DISMISS CHAPTER 7 CASE

This matter came before the Court for hearing on May 3, 2017 upon the *Amended*
*Motion of Creditor Shoma at Royal Palm Condominium Association, Inc. to Dismiss and*
*Impose Three Year Filing Ban Against Norman Albert Scott and Jacqueline R. Scott* [ECF
No. 14] (the "Motion") filed by Shoma at Royal Palm Condominium Association, Inc. (the
"Movant").   For the reasons stated on the record at the hearing, the Court ORDERS and
ADJUDGES that the Motion [ECF No. 14] is DENIED.

###

Copies furnished to:

Daniel Morman, Esq.

*Daniel Morman, Esq. is directed to serve a conformed copy of this Order on all parties in*
*interest and file a certificate of service with the Court.*