UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

**NORMAN SCOTT**

**Case No. 17-13561-EPK**

**Chapter : 7**

**Name of Creditor: SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC.**

NOTICE AND MOTION TO AVOID JUDICIAL LIEN OF SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC.PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION MUST BE FILED IN WRITING NO LATER THAN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS MOTION AS SHOWN ON THE CERTIFICATE OF SERVICE. THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL CREDITORS AND PARTIES IN INTEREST WHO WERE SERVED WITH THIS MOTION PURSUANT TO THE LOCAL RULES OF BANKRUPTCY PROCEDURE. THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD STATE

IF NO RESPONSE IS FILED. IF A RESPONSE IS FILED, THE MOVANT SHALL SET THE MATTER FOR HEARING AND PROVIDE NOT LESS THAN FOURTEEN (14) DAYS WRITTEN NOTICE THEREOF TO THE RESPONDENT AND TO ALL CREDITORS AND PARTIES IN INTEREST SERVED WITH THE RESPONSE

1. Debtor NORMAN SCOTT commenced this case on March 24th 2017 by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334 to avoid and cancel the judicial lien held by SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC on real property of the Debtor pursuant to 11 U.S.C. Sec. 522(f).

3. On or about JUNE 21ST 2016 SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC. obtained a judgment against the Debtor and obtained a lien against the Debtor's real property located at **2242 Shoma Drive, Royal Palm Beach, FL 33414 . Unit No.72 , Building 10 of SHOMA VILLAS II AT ROYAL PALM, a Condominium** The judgment is recorded in  CFN 20160222368 or BK 28388 PG 1806  in foreclosure case, case number 502015CA002423XXXXMB, in Palm Beach County 15th Judicial Circuit, division AW  Florida.

4. The amount of the judgment is $51,474.49 includes court costs and attorneys' fees, which constitutes the amount of the lien.

5. The fair market value of the real estate owned by Debtor and subject to the judicial lien is $122,000.00

6. The Debtors list the Property as having a value of $122,000.00 and encumbered by a mortgage in the amount of $208.000.00 Schedule C list an exemption in the Property; the exemptions listed indicate that the Debtors have chosen the federal exemptions pursuant to 11 U.S.C. § 522(b)3.

7. The Trustee pursuant to 11 U.S.C. Section 554(a) intends to abandon her interest in the property as being burdensome to the estate and being of inconsequential value and benefit to the estate.

8. At the time Debtor filed this bankruptcy petition, this real estate was subject to consensual mortgage lien(s) and other liens in the amount of $208,000.00

9. At the time Debtor filed this bankruptcy petition, the Creditor's judicial lien as unsecured HOA judgment lien in the amount of $51,474.49.

10. Debtor disputes the lien as being invalid, avoidable and fraudulent as creditor violated Florida Condominium Association statues.

11. A Condominium Association cannot file a lien until 30 days after a notice of intent to file a lien has been delivered to the owner (Fla. Stat. Ann. § 718.121(4)).

12. The existence of the SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC lien on Debtor's real estate impairs exemptions to which the Debtor would be entitled under 11 U.S.C. Sec. 522(b). The applicable formula as set forth in Kolich v. Antioch Laurel Veterinary Hospital Inc. (In re Kolich), 273 B.R. 199 (B.A.P. 8th Cir. 2002) aff'd 328 F.3d 406 (8 Cir. 2003).

13. Section 522(f)(1) of the Bankruptcy Code provides that a debtor may avoid the fixing of a judicial lien on his interest in property to the extent that such lien impairs certain exemptions. 11 U.S.C. § 522(f)(1). Because this section only permits the avoidance of "judicial liens," the Court must determine whether the SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC lien is an equitable lien, and if so, whether an equitable lien is a form of judicial lien avoidable under § 522(f).

14. Creditor's lien of $51,474.49 Plus all other liens $208,000.00 Plus exemptions would exceeds the amount of the Creditor's judicial lien so then the entire judicial lien should be avoided.

4

WHEREFORE, Debtor prays for an order against SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC avoiding and canceling the lien in the above-mentioned property to the extent of the lien impairs Debtor's exemptions, and for such additional or alternative relief as may be just and proper.

NORMAN SCOTT

05-07-2017

CERTIFICATE OF SERVICE

SHOMA AT ROYAL PALM CONDOMINIUM ASSOCIATION INC
C/O
Daniel Morman
301 Yamato Road
Suite 2199
Boca Raton, FL 33431

5