**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                Case No. 17-13561-EPK

NORMAN ALBERT SCOTT,

                                                Chapter 7

        Debtor.

_____/

**SUPPLEMENT TO MOTION TO DISMISS FOR DEBTOR'S FAILURE**
**TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

Creditor, Shoma at Royal Palm Condominium Association, Inc. ("Shoma"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 707(a)(1), files this Supplement to Motion to Dismiss due to the failure of Norman Albert Scott (the "Debtor") to file the Certification About a Financial Management Course, as follows:

1.      On December 10, 2017, Shoma filed its Motion to Dismiss due to Debtor's failure to file the Certification About a Financial Management Course (the "Motion to Dismiss") [ECF No. 86].

2.      The reason why Shoma was forced to file its Motion to Dismiss is because the Debtor failed to file his Certification About a Financial Management Course which was due on July 7, 2017 – over five (5) months prior to the filing of the motion – delaying the entry of his discharge and keeping the automatic stay in place.  *See* 11 U.S.C. § 362(c)(2)(C) ("…the stay of any other act under subsection (a) of this section continues until the earliest of – if the case is a case under chapter 7 of this title …, the time a discharge is granted or denied").

3.      The Debtor's failure to file a Certification About a Financial Management Course on or before July 7, 2017 appears to have been a deliberate and bad faith attempt on the part of the Debtor to delay having his discharge entered in order to keep the automatic stay in place and

prevent Shoma from continuing its pre-petition litigation against the Debtor and the real property securing Shoma's claim or force Shoma to incur fees and costs in seeking relief from the automatic stay.

4.       This is the Debtor's **fifth** bankruptcy filing in this Court since 2010, with the prior 4 cases being dismissed. *See* Clerk's Evidence of Repeat Filings which appears on the docket on March 27, 2017.

5.       On October 9, 2017, the Trustee filed her Report of No Distribution [ECF No. 81].

6.       On December 12, 2017 – two (2) days after the filing of the Motion to Dismiss, the Debtor completed his post-petition financial management course [ECF No. 89].

7.       However, at 5:29 p.m. on January 2, 2018 – the day before the scheduled hearing on the Motion to Dismiss, Joshua Hauserman, an attorney that appears to be the Debtor's new bankruptcy counsel (although no notice of appearance has been filed) filed the Certification About a Financial Management Course [ECF No. 89] even though the Debtor completed his course on December 12, 2017.

8.       The actions of the Debtor are grounds for dismissal of this case under Bankruptcy Code Section 707(a)(1) which provides that is Court may dismiss this case on the grounds that the Debtor has caused unreasonable delay that is prejudicial to creditors.

9.       Shoma has been prejudice monetarily by the Debtor's unreasonable delay of having to hire undersigned counsel to prepare the Motion to dismiss at appear at tomorrow's hearing and has also been prejudiced because even if the Debtor would have filed his Certification About a Financial Management Course on December 12, 2017 (some five months after it was due), at least his discharge would have been entered (and the stay automatically lifted) which would have allowed Shoma would have been able to proceed in state court in rem against the property.

10.     This Debtor appears to be a serial bad-faith filer and should not be permitted to abuse the bankruptcy process and prejudice his creditors.

**WHEREFORE**, Shoma at Royal Palm Condominium Association, Inc. respectfully requests, pursuant to 11 U.S.C. § 707(a)(1), the entry of an order dismissing this case with a two-year prejudice period and for such other appropriate relief.

Dated: January 2, 2018

> **WASSERSTEIN, P.A.**
> *Counsel for Movant*
> 301 Yamato Rd., Suite 2199
> Boca Raton, FL 33431
> Telephone:  (954) 353-2200
>
> By:   */s/ Mark S. Roher*
>        Mark S. Roher
>        Florida Bar No. 178098
>        Email:  mroher@markroherlaw.com
>        *Of Counsel to Wasserstein, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2018, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

> /s/ *Mark S. Roher*
> Mark S. Roher

Shreena Augustin on behalf of Creditor HSBC Bank USA, National Association
bkyecf@rasflaw.com, saugustin@rasflaw.com;ras@ecf.courtdrive.com

Julian Cotton on behalf of Creditor Santander Consumer USA Inc
julian.cotton@bonialpc.com

Brett A Elam on behalf of Debtor Norman Albert Scott
belam@brettelamlaw.com,
lynn@farberelamlaw.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com;r45334@notify.bestcase.com

Diangleo S Frazer on behalf of Creditor HSBC Bank USA, National Association
bkyecf@rasflaw.com, dfrazer@rasmonitor.com;ras@ecf.courtdrive.com

Seth J Greenhill on behalf of Creditor HSBC Bank USA, National Association
sgreenhill@padgettlaw.net,
mhm@padgettlaw.net;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com

Daniel Morman, Esq. on behalf of Creditor Shoma at Royal Palm Condominium Association,
Inc.
dmorman@bellsouth.net

Wanda D Murray on behalf of Creditor Deutsche Bank National Trust Company
ecfflsb@aldridgepite.com, wmurray@ecf.inforuptcy.com

Wanda D Murray on behalf of Creditor Select Portfolio Servicing Inc.
ecfflsb@aldridgepite.com, wmurray@ecf.inforuptcy.com

Austin M Noel on behalf of Creditor Toyota Motor Credit Corporation
BMecf@mccalla.com, flbkecf@mccalla.com

Nicole M Noel on behalf of Creditor U.S. Bank National Association
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Nicole M Noel on behalf of Creditor U.S. Bank National Association, as Trustee for MASTR
Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-
WMC3
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jordan L Rappaport, Esq on behalf of Trustee Margaret J. Smith
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Mark S. Roher, Esq. on behalf of Creditor Shoma at Royal Palm Condominium Association, Inc.
mroher@markroherlaw.com,
ecf@markroherlaw.com,markroher@me.com,ecf2@markroherlaw.com

Margaret J. Smith
msmith@mjstrustee.com, FL32@ecfcbis.com;msams@mjstrustee.com;mjs@trustesolutions.net