

**ORDERED in the Southern District of Florida on January 3, 2018.**

*[Signature]*

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 17-13561-EPK

NORMAN ALBERT SCOTT,                             Chapter 7

     Debtor.
_____/

### ORDER DENYING MOTION FOR SANCTIONS AND OTHER RELIEF UNDER 11 U.S.C. § 362(k)

This matter came before the Court for hearing on January 3, 2018 upon the *Motion to Dismiss for Debtor's Failure to File Certification About a Financial Management Course* [ECF No. 86] (the "Motion") filed by Shoma at Royal Palm Condominium Association, Inc.  For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 86] is DENIED.

###

Copies furnished to:

Mark S. Roher, Esq.

*Mark S. Roher, Esq. is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*