BL9303486

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| NORMAN ALBERT SCOTT | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 17-13561-EPK |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

**Toyota Motor Credit Corporation**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Dept. MVS**
**Malvern, PA 19355-1245**

By:  /s/ Christopher Cramer
         Christopher Cramer, Claims Administrator
         Becket & Lee LLP
         POB 3001
         Malvern, PA 19355-0701

Date:   01/12/2018