CGFD28 (10/01/16)



ORDERED in the Southern District of Florida on February 5, 2018

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−13561−EPK
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Norman Albert Scott
10563 Galleria St
Wellington, FL 33414

SSN: xxx−xx−4794

# FINAL DECREE

The trustee, Margaret J. Smith, having filed a final report that the estate has been fully administered, is discharged and the case is closed.